IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17mc3771-MHT |
| | ) | (WO) |
| MID SOUTH WAFFLES/WAFFLE HOUSE, Norcross, GA, | ) ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| GWENDOLYN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the plaintiff's motion to dismiss (doc. no. 7) is granted and that this cause, including the writ of garnishment, is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th of April, 2017.

                                                /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**